UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WYCINSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No.  16-cv-02873-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 5 |

On June 3, 2016, Defendant City of Richmond filed a motion to dismiss and noticed it for a hearing on July 20, 2016.  Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff Jonathan Wycinsky's response was due to be filed by June 17, 2016.  To date, Plaintiff has not filed an opposition brief.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause ("OSC") in writing by no later than June 30, 2016, why the Court should not dismiss this case for lack of prosecution or, in the alternative, grant Defendant's motion as unopposed.  If Plaintiff seeks to file an opposition brief to Defendant's motion, Plaintiff must demonstrate good cause for his failure to comply with the deadline required by the Local Rules, and must submit his proposed opposition brief with his response to the OSC.  If Plaintiff fails to file a response to this OSC by June 30, 2016, Plaintiff is admonished that this case will be reassigned to a District Judge, and the Court will recommend that this case be dismissed without prejudice without further notice to Plaintiff.  If Plaintiff seeks to file an opposition brief and demonstrates good cause, the Court will set a new deadline for Defendant to file a reply brief and will, if necessary, continue the hearing.

**IT IS SO ORDERED**.

Dated: June 23, 2016

_____
SALLIE KIM
United States Magistrate Judge