UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WYCINSKY,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND, et al.,<br><br>   Defendants. | Case No. 16-cv-02873-SK<br><br>**REFERRAL FOR REASSIGNMENT AND REPORT AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE**<br><br>Regarding Docket No. 8 |

Defendant City of Richmond filed a motion to dismiss on June 3, 2016. Plaintiff Jonathan Wycinsky's opposition was due to be filed by no later than June 17, 2016. Plaintiff failed to file an opposition brief. On June 23, 2016, the Court issued an Order to Show Cause ("OSC") why the Court should not dismiss this case for failure to prosecute or, in the alternative, grant a pending motion to dismiss as unopposed. Plaintiff's response to the OSC was due by no later than June 30, 2016. The Court admonished Plaintiff that his failure to file a response to the OSC by June 30, 2016 would lead to the Court reassigning this case to a District Judge and recommending that this case be dismissed without prejudice without further notice to Plaintiff. Plaintiff failed to file a response to the OSC as well.

Plaintiff not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), and, therefore, the Court does not have authority to make a dispositive ruling in this case. Accordingly, the Court ORDERS that this case be REASSIGNED to a District Judge. The Court

///
///
///
///

HEREBY RECOMMENDS that the District Court DISMISS this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: July 12, 2016



SALLIE KIM
United States Magistrate Judge