**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WYCINSKY,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants.<br>_____/ | No. C-16-2873 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

On July 19, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed May 27, 2016, including all exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: July 28, 2016

                                          MAXINE M. CHESNEY
                                          United States District Judge