IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN WYCINSKY,

        Plaintiff,

  v.

CITY OF RICHMOND, et al.,

        Defendants.
                                      /

No. CV-16-2873 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    To the extent that the above-titled action is brought against the City, the action is hereby DISMISSED with prejudice, pursuant to Rule12(b)(6).

    Plaintiff's claims against Magnus are hereby DISMISSED without prejudice, pursuant to Rule 4(m).

Dated: October 3, 2016
                                                                      Susan Y. Soong, Clerk

                                                                      *Tracy Lucero*

                                                                       By: <u>Tracy Lucero</u>
                                                                       <u>Deputy Clerk</u>