# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 15, 2017   **Time:** 25 minutes   **Judge:** MAXINE M. CHESNEY

**Case No.**: 16-cv-02873-MMC   **Case Name:** Jonathan Wycinsky v. City of Richmond

**Attorney for Plaintiff:** Peter Bonis
**Attorney for Defendant:** C. Christine Maloney

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Belle Ball

### PROCEEDINGS

Plaintiff's Motion to Set Aside Dismissal - hearing held, motion deemed submitted.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          (X)   Court